**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1801

SPENCER BAGWELL,

                    Plaintiff - Appellant,

          v.

FAFARD, INC.,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   G. Ross Anderson, Jr., District
Judge.   (8:06-cv-02272-GRA)

Submitted:  February 27, 2008          Decided:  March 7, 2008

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mary C. McCormac, Clemson, South Carolina, for Appellant.  Phillip
A. Kilgore, Jeffrey P. Dunlaevy, OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Bagwell appeals a district court order and judgment giving summary judgment to Fafard, Inc., and dismissing his complaint alleging breach of employment contract. We have reviewed the record and the district court's order and affirm for the reasons stated by the district court. See Bagwell v. Fafard, Inc., No. 8:06-cv-02272-GRA (D.S.C. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED